# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ICE ROVER, INC., ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 6:22-cv-00797-ADA |
| v. ) | |
| ) | |
| LIFETIME PRODUCTS, INC., ) | |
|     Defendant. ) | |
| ) | **JURY TRIAL DEMANDED** |

## NOTICE OF VENUE DISCOVERY

Plaintiff, Ice Rover, Inc., ("Rover") intends to conduct venue discovery in this case. Defendant, Lifetime Products, Inc., ("Lifetime") filed its opposed Motion to Dismiss Pursuant to Rule 12(b)(3) Improper Venue, Pursuant to § 1404(b), Doc No. 8 on September 30, 2022.

This Notice is to inform this court that Rover will conduct venue discovery to retain this case in the Western District of Texas.

        Respectfully Submitted

        **Ramey LLP**

        */s/ William P. Ramey, III*
        William P. Ramey, III
        Texas Bar No. 24027643
        5020 Montrose Blvd., Suite 800
        Houston, Texas 77006
        (713) 426-3923 (telephone)
        (832) 900-4941 (fax)
        wramey@rameyfirm.com

        ***Attorneys for Ice Rover, Inc.***

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of October 12, 2022, with a copy of the foregoing via ECF filing.

/s/ William P. Ramey, III  
William P. Ramey, III
