# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ICE ROVER, INC.<br>    Plaintiff,<br><br>v.<br><br>LIFETIME PRODUCTS, INC.,<br>    Defendant | Civil Action No. 6:22-cv-00797-ADA |

## CASE READINESS STATUS REPORT

Plaintiff, Ice Rover, Inc., ("Arena" or "Plaintiff") and Lifetime Products, Inc. ("Lifetime" or "Defendant") hereby provide the following Case Readiness Status Report in accordance with the Court's September 16, 2022 Standing Order.

## SCHEDULE

A scheduling order has not yet been filed.

## FILING AND EXTENSIONS

Plaintiff's Original Complaint for Patent Infringement (ECF No. 1) was filed on July 18, 2022. On August 31, 2022, Defendant filed a Notice of Unopposed Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, (ECF No. 7).

## RESPONSE TO THE COMPLAINT

Defendant, has not yet answered the complaint.

## PENDING MOTIONS

On September 30, 2022, Lifetime filed its opposed Motion to Dismiss Pursuant to Rule 12(b)(3) for Improper Venue (ECF No. 8.) Plaintiff filed its Response to Defendant Lifetime Products, Inc's Motion to Dismiss for Improper Venue Under Fed. R. Civ. P. 12(b)(3) (the "Response") on December 23, 2022. (ECF No. 14.) Lifetime filed its Reply in Support of Motion

to Dismiss on January 6, 2023. (ECF No. 15.) As such, Lifetime's Motion is fully briefed and ripe for decision.

Prior to the filing of its Response, Plaintiff filed a Notice of Venue Discovery (ECF No. 9) on October 12, 2022, and on October 13, 2022, Plaintiff served upon Lifetime its First Set of Venue Related Requests for Production of Documents and its First Set of Venue Related Interrogatories. Lifetime responded, and served its Objections and Responses to First Set of Venue Related Requests for Production and its Objections and Responses to First Set of Venue Related Interrogatories on November 2, 2022. After agreement between counsel regarding confidentiality designations, Lifetime produced documents responsive to Plaintiff's Requests for Production of Documents on November 3, 2022. Currently, no discovery disputes exist regarding venue related discovery.

## RELATED CASES IN THIS JUDICIAL DISTRICT

1. 6:22-cv-00793 *Ice Rover, Inc. v. BlueWorks, LLC* (Dismissal Pending);
2. 6:22-cv-00796 *Ice Rover, Inc. v. Clara Canyon, LLC*;
3. 6:22-cv-00794 *Ice Rover, Inc. v. Brumate, Inc.*;
4. 6:22-cv-00798 *Ice Rover, Inc. v. Meyers Industries, Inc.* (Case Dismissed);
5. 6:22-cv-00799 *Ice Rover, Inc. v. Monoprice, Inc.*;
6. 6:22-cv-00802 *Ice Rover, Inc. v. Tacklife, Inc.*;
7. 6:22-cv-00846 *Ice Rover, Inc. v. Walmart, Inc.* (Case Administratively Closed);
8. 6:22-cv-00801 *Ice Rover, Inc. v. Yeti Holdings, Inc.*

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent and a total of 1 claim. The asserted patent is U.S. Patent Nos. 10,272,934.

## APPOINTMENT OF TECHNICAL ADVISER

The parties believe that a technical advisor is not necessary to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference on March_____, 2023, by e-mail. The parties have no pre-Markman issues to raise at the CMC.

Respectfully Submitted,

**Ramey, LLP**
*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for Ice Rover, Inc.*

*/s/ Ciera C. Archuleta*
Andy Tindel (Texas Bar No. 20054500)
MT$^2$ LAW GROUP
Mann | Tindel | Thompson
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
atindel@andytindel.com

Kirk R. Harris (Admitted *pro hac vice*)
Ciera C. Archuleta (Admitted *pro hac vice*)
MASCHOFF BRENNAN
111 South Main Street, Suite 600
Salt Lake City, UT 84111
Telephone: (801) 297-1850
Facsimile: (435) 252-1361
kharris@mabr.com
carchuleta@mabr.com

*Attorneys for Lifetime Products, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of March 10, 2023, with a copy of the foregoing via e-mail.

                                              */s/ William P. Ramey, III*
                                              William P. Ramey, III